**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

vs                  **CASE NO. 4:10CR00013-01, 03, 08 BSM**

**JOE LEWIS BRANDON, JR.,**
**FREDERICK LAMOND TAYLOR,**
**and OTIS LESLEY HILL**                                                **DEFENDANTS**

## ORDER

For reasons stated on the record on October 3, 2012, the guilty plea entered on September 28, 2012, as to defendant Joe Lewis Brandon, Jr., and the guilty pleas entered on October 1, 2012, as to defendants Frederick Lamond Taylor and Otis Lesley Hill are hereby set aside. The defendants' trial is set for November 5, 2012.

IT IS SO ORDERED this 3rd day of October 2012.

                                                                                _____
                                                                              UNITED STATES DISTRICT JUDGE